FILED
IN THIS OFFICE
AUG 14 2026
Clerk U.S. District Court
Greensboro, N.C.
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SUSAN WILSON, | ) | |
| as Administrator of the | ) | |
| Estate of MATTHEW BRIAN WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | 1:24-cv-219 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVIDSON COUNTY | ) | |
| SHERIFF'S OFFICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the United States Magistrate Judge's Opinion and Recommendation ("Recommendation") to grant in part and deny in part Plaintiff's Motion for Partial Summary Judgment, Dkt. 56. The United States Magistrate Judge filed the Recommendation on July 10, 2026. *See* Dkt. 119. The Clerk's office served notice of the Recommendation on the parties, *see* Dkt. 120, and no objections were filed within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because neither party timely filed objections, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir.

2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Recommendation, Dkt. 119, is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion for Partial Summary Judgment, Dkt. 56, is granted insofar as it requests a determination that Mr. Wilson's suicidality and mental illness constituted a serious medical need, but denied insofar as it seeks summary judgment against IMS and Officer Lambeth.

This the 14th day of August, 2026.

Lindsey A. Freeman

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE