IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SUSAN WILSON,<br>as Administrator of the Estate of<br>MATTHEW BRIAN WILSON,<br><br>Plaintiff,<br><br>v.<br><br>DAVIDSON COUNTY<br>SHERIFF'S OFFICE, *et al.*,<br><br>Defendants. | 1:24-cv-219 |

## JUDGMENT

For the reasons set forth in the Orders filed alongside this Judgment,

It is ORDERED AND ADJUDGED that Medical Defendants' Motion in Limine to Exclude Expert Testimony (Dkt. 70) and Motion for Summary Judgment (Dkt. 66) are GRANTED, and Jail Defendants' Motion for Summary Judgment (Dkt. 72) is GRANTED. All claims against IMS Correctional Healthcare, LLC; Celia Entwistle, MD; Michelle Madden, LPN ("Medical Defendants"), and Davidson County; Sheriff Richie T. Simmons; Officer Logan Peters; and Officer Jonathan Lambeth ("Jail Defendants") are DISMISSED. This action is therefore DISMISSED.

It is SO ORDERED.

This the 30th day of September, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE